**BC**



# MOTION

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**
5/1/2025

**MAM**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COUNTY:** _____
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** _____
*Who started the case.*          *First, Middle, and Last Name, or Business Name*

**1:25-cv-04815**
**Judge Mary M. Rowland**
**Magistrate M. David Weisman**
**RANDOM / Cat. 2**

**DEFENDANTS/RESPONDENTS:** _____
*Who the case was filed against.*

_____

_____
*First, Middle, and Last Name, or Business Name*

_____
**Case Number**

## 1. MOTION TITLE

*Explain in a few words what you are asking the judge to do. This should match the title you write in **1** on the Notice of Court Date for Motion.*

Motion to: _____

## 2. PERSON FILING THE MOTION

*Check one box. The Plaintiff/Petitioner is the person who started the case. The Defendants/Respondents are the people and business who the case was filed against.*

I am filing the *Motion*. I am the:

☐ Plaintiff/Petitioner          ☐ Defendant/Respondent

## 3. MOTION

*Explain what you are asking the judge to do and the reasons why the judge should agree with you.*

I am asking the judge to:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

☐ I need more room to explain, and I have filled out and attached an *Additional Page for Motion* form.

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

MN-M 703.6                    Page 1 of 4                    (05/24)

Case Number: _____



## SIGN

Under [735 ILCS 5/1-109](#), your signature means that you:
1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _____  Print Your Name _____

Your Address _____
               *Street, Apt. #*                    *City*           *State*    *Zip Code*

Your Phone Number _____  Attorney Number (if any) _____

Your Email (if you have one) _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

## 4. PROOF OF DELIVERY

*Fill out the information below to show how you are sending this document to the other people in the case. If a person in the case has a lawyer, **you must send this document to their lawyer**.*

   a. **I am sending this document to:**

      Name: _____
                *First*              *Middle*             *Last Name*

      Address**:** _____
                 *Street, Apt. #*           *City*          *State*       *Zip Code*

      Email Address: _____

**By:** ☐ Electronically to the email address in **4a:**
         ☐ By email *(not through an EFSP).*
         ☐ Using an approved electronic filing service provider (EFSP).

    ☐ I or the person I am sending the document to do not have an email address. I am sending the document by**:**
         ☐ Mail or third-party carrier to the address in **4a**, with postage or delivery charge prepaid.

         Location of mailbox or third-party carrier: _____ _____
                                         *City*                    *State*

         ☐ Personal hand delivery at this address:
          *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

         Address _____
                   *Street, Apt. #, City, State, and Zip Code*
         ☐ Mail to the address in **4a**, from a prison or jail: _____
                                        *Name of Prison or Jail*

**This document will be sent on:**  Date: _____  Time: _____
                                  *Month, Day, Year*           *Include AM or PM*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Case Number:* _____

b. ☐ I am not sending these documents to additional people.

   **- OR -**

   ☐ I am sending these documents to an additional person not listed in **4a:**

Name: _____
                  *First*               *Middle*              *Last Name*

Address: _____
          *Street, Apt. #*           *City*          *State*        *Zip Code*

Email Address: _____

**By:** ☐ Electronically to the email address in **4b:**

   ☐ By email *(not through an EFSP).*

   ☐ Using an approved electronic filing service provider (EFSP).

   ☐ I or the person I am sending the document to do not have an email address. I am sending the document by**:**

   ☐ Mail or third-party carrier to the address in **4b**, with postage or delivery charge prepaid.

        Location of mailbox or third-party carrier: _____ _____
                                                 *City*                  *State*

   ☐ Personal hand delivery at this address:
      *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

        Address _____
                         *Street, Apt. #, City, State, and Zip Code*

   ☐ Mail to the address in **4b,** from a prison or jail: _____
                                                           *Name of Prison or Jail*

**This document will be sent on:** Date: _____ Time: _____
                                        *Month, Day, Year*              *Include AM or PM*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ I am sending the document to more than 2 people and have completed an *Additional Proof of Delivery* form.

---

## SIGN

Under 735 ILCS 5/1-109, your signature means that you:

1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

---

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature */s/* _____    Print Your Name _____

Your Address _____
         *Street, Apt. #*                   *City*          *State*   *Zip Code*

Your Phone Number _____    Attorney Number (if any) _____

Your Email (if you have one) _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

*Case Number: _____*



## NEXT STEP FOR PERSON FILLING OUT THIS FORM:

If you do not already have a court date for your *Motion,* you will need to get one and file a *Notice of Court Date for Motion.* When you file your *Motion*, ask the Circuit Clerk if you have to schedule a court date or if one will be scheduled automatically. In some counties, you may get the court date when you e-file. Include the court date on your *Notice.*

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: ilcourts.info/CircuitClerks.



> Learn more about each step in the process and how to file in our Instructions:
> ilcourts.info/motion-instructions.

## NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.